JUDGE STEIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :     **INDICTMENT**

    v.                                    07 CRIM 617

SAUNDRA F. WILLIAMS,             :

        Defendant.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                    COUNT ONE

                                        JUL 0 9 2007

    The Grand Jury charges:

    From in or about October 2006 through in or about January 2007, in the Southern District of New York and elsewhere, SAUNDRA F. WILLIAMS, the defendant, being an officer, director, agent, and employee of a Federal Reserve bank, member bank, depository institution holding company, national bank, insured bank, branch and agency of a foreign bank, and an organization operating under sections 25 and 25(a) of the Federal Reserve Act, unlawfully, willfully, and knowingly, did embezzle, abstract, purloin, and willfully misapply moneys, funds, and credits of such bank, branch, agency, organization, and holding company, and moneys, funds, assets and securities intrusted to the custody and care of such bank, branch, agency, organization, and holding company, and to the custody and care of such agent, officer, director, and employee, in an amount exceeding $1,000, to wit, WILLIAMS, while employed by J.P. Morgan Chase Bank, Branch

343, located at One Lincoln Plaza, New York, New York, withdrew approximately $19,000 from the account of a customer of the bank, without any permission from any holder of that account.

    (Title 18, United States Code, Section 656.)

_____
FOREPERSON

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

SAUNDRA F. WILLIAMS,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 656)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Foreperson.*

7/9/07 — Indictment filed,
G.C. Case Assigned to Judge Stein,
for all purposes.

Katz, USMJ.