UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA :

v. :

SAUNDRA F. WILLIAMS, :

Defendant. :

- - - - - - - - - - - - - - - - - - -x

SUPERSEDING
MISDEMEANOR INFORMATION

S1 07 Cr. 617 (SHS)

COUNT ONE

The United States Attorney charges:

From in or about October 2006, through in or about January 2007, in the Southern District of New York and elsewhere, SAUNDRA F. WILLIAMS, the defendant, being an officer, director, agent, and employee of a Federal Reserve bank, member bank, depository institution holding company, national bank, insured bank, branch and agency of a foreign bank, and an organization operating under sections 25 and 25(a) of the Federal Reserve Act, unlawfully, willfully, and knowingly, did embezzle, abstract, purloin, and misapply moneys, funds, and credits of such bank, branch, agency, organization, and holding company, and moneys, funds, assets and securities intrusted to the custody and care of such bank, branch, agency, organization, and holding company, and to the custody and care of such agent, officer, director, and employee, to wit, WILLIAMS, while employed by J.P. Morgan Chase

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 29 2007

Bank, withdrew money from the account of a customer of the bank, without any permission from any holder of that account.

(Title 18, United States Code, Section 656.)

Michael J. Garcia
MICHAEL J. GARCIA
United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**SAUNDRA F. WILLIAMS,**

**Defendant.**

**MISDEMEANOR INFORMATION**

S1 07 Cr. 617 (SHS)

(18 U.S.C. § 656)

MICHAEL J. GARCIA
United States Attorney.

Deft pres w/ atty Patton.
AUSA Hillred pres.
Deft pleads guilty to
misd. information.
Bail cont'd. PSI ordered.
8/29/07. Sent date: 11/28/07 3pm

SHS
8/29/07